Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Mika J. Brown, State Bar No. 305139
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com
       mbrown@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE and FRANK PIRO

Dionne E. Choyce, State Bar No. 215837
CHOYCE LAW FIRM
711 Jefferson Street, Suite 2014
Fairfield, California 94533
Telephone: (707) 422 1202
Facsimile: (707) 422-1292
Email: dchoyce@sbcglobal.net

Attorney for Plaintiff
RICHARD COWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COWARD, an individual<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, a municipal corporation; FRANK PIRO, individually in his capacity as an officer for the Vacaville Police Department; and Does 1-50, inclusive, individually, jointly and severally,<br><br>　　　Defendants. | Case No. 2:17-cv-01883-MCE-DB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br><br><br>**Hon. Morrison C. England, Jr.** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff RICHARD COWARD and defendants CITY OF VACAVILLE and FRANK PIRO by and through their attorneys of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each side to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 3, 2018                                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard W. Osman*
    Richard W. Osman
    Sheila D. Crawford
    Mika J. Brown
    Attorneys for Defendants
    CITY OF VACAVILLE and FRANK PIRO

Dated:  April 3, 2018                               CHOYCE LAW FIRM

By: */s/ Dionne E. Choyce*
    Dionne E. Choyce
    Attorneys for Plaintiff
    RICHARD COWARD

### ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated:  April 3, 2018                               By: */s/ Richard W. Osman*
                                                        Richard W. Osman

2

STIPULATION OF DISMISSAL WITH PREJUDICE
Coward v. City of Vacaville, et al. U.S.D.C. Eastern District Court Case No.: 2:17-cv-01883-MCE-DB

## ORDER

Having reviewed the Stipulation of the parties and good cause appearing, it is hereby ordered that the above-captioned action is dismissed with prejudice in its entirety as to all defendants, each side to bear his own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 4, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE